# SPECIAL ORDERS

*Order Entered July 22, 1997:*

PEOPLE v MAPP, Docket No. 186050. The judges of this Court having been polled pursuant to Administrative Order No. 1996-4, and the result of the poll being a majority of the judges opposed convening a special panel, it is ordered that a special panel shall not be convened.